# INDEX TO EXHIBITS

**Exhibit I – WECT News Article**

**Exhibit II – 3/25/20 Notice**

**Exhibit III – 3/26/20 Notice**