# EXHIBIT II – 3/25/20 NOTICE

# Wake County Sheriff's Office 



# Concealed Handgun Permit Application  Step 1, Please Enter All Information

**3/25/2020**

**Due to public health concerns related to the COVID-19 pandemic; the Wake County Sheriff's Office will temporarily postpone accepting new applications for pistol purchase permits and new concealed carry permits until April 30th, 2020.**

**Applications received prior to March 25, 2020 and a have *already* signed a mental health waiver will continued to be processed. Those applicants who have not already signed a mental health waiver will not be processed Applicants will be notified when their application is approved and when to pick up issued permits.**
**\*\*\*\*\*\*\*\*\*\*\*\***

**Welcome!** This is an official application for a concealed handgun permit. You must **completely** and **accurately** fill-out this application to be considered for a permit. Any falsification of the information within this application will result in the refusal of this application for a concealed handgun permit.

A **non-refundable** processing fee is required. In addition, a online convenience fee is required to process payment. These fees will be charged even if your application is denied.

**QUESTIONS - PLEASE READ each question carefully and answer as fully as possible. Incorrect information will affect the processing of your application**

When asked for your **Previous Addresses**, please list all addresses for the last **10 years**.

## Please read the following before proceeding:

All application fees associated with the Concealed Handgun application process are **NON-REFUNDABLE**.

If you are applying to **RENEW** your Concealed Handgun Permit, you must apply before your permit **EXPIRES**. **If your Concealed Handgun Permit has EXPIRED**, you must apply for a **NEW** permit.

You **MUST** list your name on the application **EXACTLY** as it appears on your driver's license or state issued identification card.  It is the responsibilty of the applicant to assure that all information is accurate.

Cancel   Agree