# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA,
# WESTERN DIVISION

| | |
|---|---|
| KELLY STAFFORD et al., | : |
| | : |
| Plaintiffs | : |
| | : Civil Action No. 5:20-cv-000123-FL |
| v. | : |
| | : |
| GERALD M. BAKER, | : |
| | : |
| Defendant | : |

## STIPLUATION EXTENDING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS

All parties stipulate that good cause exists for an order extending Plaintiffs' time to respond to Defendant's motion to dismiss the Complaint by 30 days based on the reasons set forth below, and respectfully request the Court enter such an order.

Plaintiffs instituted this civil action on March 27, 2020, and Defendants were served on April 2, 2020. Defendants filed a motion to dismiss the complaint on April 28, 2020, rendering Plaintiffs' opposition due May 19, 2020, in the normal course.

Since the filing of Defendant's motion, one of Plaintiffs' counsel has experienced a death in his family, which resulted in unanticipated time and travel away from his office. Further, the parties have since conferred about the general status and posture of the case. They intend to continue their discussions for purposes of exploring the possibility of informally resolving of one or more of the claims, potentially reducing further consumption of the parties' and the court's time and

1

resources in connection with the pending motion to dismiss. The stipulated extension is necessary to accommodate this process and to permit the timely filing of Plaintiffs' opposition to Defendant's motion to dismiss the Complaint should that be necessary.

The parties respectfully request that the Court so order.

Dated this 14th day of May, 2020.

Respectfully Submitted,

*/s/ Edward H. Green, III*  */s/ Paul G. Gessner*
Edward H. Green, III   Paul G. Gessner

*/s/ Raymond M. DiGuiseppe*   *Attorney for Defendant*
Raymond M. DiGuiseppe

*/s/ Adam Kraut*
Adam Kraut

*Attorneys for Plaintiffs*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA,
WESTERN DIVISION

| | | |
|---|---|---|
| **KELLY STAFFORD et al.,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | Civil Action No. 5:20-cv-000123-FL |
| v. | : | |
| | : | |
| **GERALD M. BAKER**, | : | |
| | : | |
| **Defendant** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2020, I electronically filed the foregoing Stipulation with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties required to be served with the same: Paul G. Gessner (Defendant's counsel); and Edward H. Green, III, Adam Kraut, and Raymond M. DiGuiseppe (Plaintiffs' counsel).

Respectfully Submitted,

*/s/ Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: (910) 713-8804
Fax: (910) 672-7705
Email: law.rmd@gmail.com
State Bar No. 41807
Attorney for Plaintiffs