IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA,
WESTERN DIVISION

| | | |
|---|---|---|
| **KELLY STAFFORD et al.,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | Civil Action No. 5:20-cv-000123-FL |
| v. | : | |
| | : | |
| **GERALD M. BAKER**, | : | |
| | : | |
| **Defendant** | : | |

## MOTION TO EXTEND THE TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs respectfully move that this Court enter an order extending by 30 days Plaintiffs' time to respond to Defendant's motion to dismiss the Complaint, based on the reasons set forth below.

Plaintiffs' counsel has conferred with Defendant's counsel about this matter, and all parties have stipulated and agreed to the extension of time Plaintiffs seek.

Plaintiffs instituted this civil action on March 27, 2020, and Defendants were served on April 2, 2020. Defendants filed a motion to dismiss the complaint on April 28, 2020, rendering Plaintiffs' opposition due May 19, 2020, in the normal course.

Since the filing of Defendant's motion, one of Plaintiffs' counsel has experienced a death in his family, which resulted in unanticipated time and travel away from his office. Further, the parties have since conferred about the general status and posture of the case. They intend to continue their discussions for purposes

1

of exploring the possibility of informally resolving of one or more of the claims, potentially reducing further consumption of the parties' and the Court's time and resources in connection with the pending motion to dismiss. The extension is necessary to accommodate this process and to permit the timely filing of Plaintiffs' opposition to Defendant's motion to dismiss the Complaint should that be necessary.

Plaintiffs therefore respectfully request that the Court so order.

Dated this 15th day of May, 2020.

Respectfully Submitted,

*/s/ Edward H. Green, III*
Edward H. Green, III

*/s/ Paul G. Gessner*
Paul G. Gessner

*/s/ Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe

*Attorney for Defendant*

*/s/ Adam Kraut*
Adam Kraut

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA, WESTERN DIVISION

| | |
|---|---|
| **KELLY STAFFORD et al.,** | : |
| **Plaintiffs** | : |
| | : Civil Action No. 5:20-cv-000123-FL |
| v. | : |
| **GERALD M. BAKER**, | : |
| **Defendant** | : |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, I electronically filed the foregoing Motion to Extend Time for Plaintiffs' Response with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties required to be served with the same: Paul G. Gessner (Defendant's counsel); and Edward H. Green, III, Adam Kraut, and Raymond M. DiGuiseppe (Plaintiffs' counsel).

Respectfully Submitted,

/s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: (910) 713-8804
Fax: (910) 672-7705
Email: law.rmd@gmail.com
State Bar No. 41807
Attorney for Plaintiffs

3