IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA,
WESTERN DIVISION

| | |
|---|---|
| **KELLY STAFFORD et al.,** | : |
| **Plaintiffs** | : |
| | : Civil Action No. 5:20-cv-000123-FL |
| v. | : |
| **GERALD M. BAKER**, | : |
| **Defendant** | : |

**ORDER ON MOTION TO EXTEND THE TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

The Court, having reviewed Plaintiff's motion to extend the time for Plaintiffs' response to Defendant's motion to dismiss, and finding good cause for the extension, orders that the time for Plaintiffs to respond to Defendant's motion to dismiss is hereby extended by 30 days, up to and including, June 18, 2020.

IT IS SO ORDERED.

Dated: 5/18/20

_____
UNITED STATES DISTRICT JUDGE