IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-00123-FL

| | |
|---|---|
| KELLY STAFFORD; GRASS ROOTS NORTH CAROLINA; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br><br><br><br> GERALD M. BAKER, in his official capacity as Sheriff of Wake County, North Carolina, <br> Defendant. | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REPLY TO DEFENDANT'S MOTION TO DISMISS** |

Defendant, by and through the undersigned attorney, hereby moves the court for an extension of time in which to file, if necessary, a reply brief concerning Defendant's previously filed Motion to Dismiss. The undersigned was engaged by Defendant to be counsel of record on June 30, 2020, and has not had a sufficient amount of time in which to become familiar with the issues in the case or to adequately review the response filed by the Plaintiff to the Motion to Dismiss. Defendant believes that an additional 14 days would provide adequate time to review the case and pleadings and file, if necessary, any reply brief. Plaintiffs' response brief was served on June 18, 2020, and pursuant to the local rules of procedure, any reply would be due on July 2, 2020. Plaintiff consents to this request.

Wherefore, Defendant respectfully requests to be granted until July 16, 2020, in which to file, if necessary, a reply brief regarding his Motion to Dismiss.

This the 2nd day of July, 2020.

**POYNER SPRUILL LLP**

By: /s/ J. Nicholas Ellis
J. Nicholas Ellis
N.C. State Bar No.: 13484
Post Office Box 353
Rocky Mount, NC 27802-0353
Telephone: 252-446-2341
Fax: 919-783-1075
Email: jnellis@poynerspruill.com
*Attorneys for Defendant*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, pursuant to the provisions of Rule 5 of the Federal Rules of Civil Procedure, on this date a copy of the foregoing was served upon the party herein by United States Mail, first class, postage prepaid, addressed to the following party:

| | |
|---|---|
| Edward H. Green, III<br>Coats & Bennett, PLLC<br>1400 Crescent Green, Suite 300<br>Cary, NC 27518<br>Egreen3@coatsandbennett.com | Raymond M. DiGuiseppe<br>The DiGuiseppe Law Firm, P.C.<br>4320 Southport Supply Road, Suite 300<br>Southport, NC 28461<br>law.rmd@gmail.com |
| Adam Kraut<br>Firearms Policy Coalition<br>1215 K Street, 17th Floor<br>Sacramento, CA 95814<br>akraut@fpclaw.org | |

This the 2nd day of July, 2020.

**POYNER SPRUILL LLP**

By: /s/ J. Nicholas Ellis
J. Nicholas Ellis
N.C. State Bar No.: 13484
Post Office Box 353
Rocky Mount, NC 27802-0353
Telephone: 252-446-2341
Fax: 919-783-1075
Email: jnellis@poynerspruill.com
*Attorneys for Defendant*