IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-00123-FL

| | |
|---|---|
| KELLY STAFFORD; GRASS ROOTS NORTH CAROLINA; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>                    Plaintiffs,<br><br>v.<br><br><br><br><br>GERALD M. BAKER, in his official capacity as Sheriff of Wake County, North Carolina,<br>                    Defendant. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S REPLY TO DEFENDANT'S MOTION TO DISMISS** |

      The court has reviewed the pleadings and the request for an extension of time to file a reply brief, if necessary, submitted by the Defendant and finding good cause exists to grant the motion and also finding the Plaintiff consents to the Motion, grants the Motion for Extension of Time to File a Reply Brief, if necessary, and Defendant shall have until July 16, 2020, in which to file such brief, if necessary.

      This the __2nd__ day of July, 2020.

                                                                                         U.S. District Court