IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-00123-FL

| | |
|---|---|
| KELLY STAFFORD; GRASS ROOTS NORTH CAROLINA; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GERALD M. BAKER, in his official capacity as Sheriff of Wake County, North Carolina, <br><br> Defendant. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 5.2(c), please take notice that J. Nicholas Ellis of Poyner Spruill LLP, hereby replaces Paul G. Gessner of the Wake County Sheriff's Office, as counsel for Defendant Gerald M. Baker in the above-entitled action. Mr. Ellis is aware of and will comply with all pending deadlines in the case, including any scheduled trial or hearings.

Respectfully submitted this the 30th day of July, 2020.

/s/ J. Nicholas Ellis
J. Nicholas Ellis
N.C. State Bar No.13484
POYNER SPRUILL LLP
P.O. Box 353
Rocky Mount, NC 27804
Telephone: (252) 972-7115
Fax: (919) 783-1075
Email: jnellis@poynerspruill.com
*Attorneys for Defendant*

s/ Paul G. Gessner
Paul G. Gessner
N.C. State Bar No. 18213

## CERTIFICATE OF SERVICE

I, J. Nicholas Ellis, hereby certify that a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record per the CM/ECF system.

| | |
|---|---|
| Edward H. Green, III<br>Coats & Bennett, PLLC<br>1400 Crescent Green, Suite 300<br>Cary, NC 27518<br>Egreen3@coatsandbennett.com | Raymond M. DiGuiseppe<br>The DiGuiseppe Law Firm, P.C.<br>4320 Southport Supply Road, Suite 300<br>Southport, NC 28461<br>law.rmd@gmail.com |
| Adam Kraut<br>Firearms Policy Coalition<br>1215 K Street, 17th Floor<br>Sacramento, CA 95814<br>akraut@fpclaw.org | |

This the 30th day of July 2020.

**POYNER SPRUILL LLP**

By: /s/ J. Nicholas Ellis
    J. Nicholas Ellis
    N.C. State Bar No. 13484
    Post Office Box 353
    Rocky Mount, NC 27802-0353
    Telephone: 252.972.7115
    Facsimile: 919.783.1075
    Email: jnellis@poynerspruill.com
    *Attorneys for Defendant*

2

Case 5:20-cv-00123-FL   Document 25   Filed 07/30/20   Page 2 of 2