IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-00123-FL

| | |
|---|---|
| KELLY STAFFORD; GRASS ROOTS NORTH CAROLINA; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br><br> GERALD M. BAKER, in his official capacity as Sheriff of Wake County, North Carolina, <br> Defendant. | **JOINT MOTION FOR ENTRY OF CONSENT ORDER** |

COME NOW the Parties to this action, by and through undersigned Counsel pursuant to Local Civil Rule 7.1 and hereby move this Court for entry of a Consent Order that will resolve all matters before the Court. In support of this motion, the Parties show the Court as follows:

1. After considering the pleadings in this case, the arguments presented by all Parties and rulings by the Court, the Parties have agreed to resolve all matters before the Court as described in a proposed Consent Order, attached as Exhibit A. Through the proposed Consent Order, the Parties have agreed and consented to resolving the material issues remaining in this disputed matter, and the Parties desire to memorialize this agreement in a Consent Order.

2. Good cause exists for entry of the proposed Consent Order, which will resolve all issues pending before the Court and allow the Court to close the case.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the proposed Consent Order be signed and entered by this Court.

This, the 14th day of June, 2021.

                                    **CONSENTED TO BY:**

                                    s/Edward H. Green, III
                                    Edward H. Green, III
                                    N.C. State Bar No. 26843
                                    Coats & Bennett, PLLC
                                    1400 Crescent Green, Suite 300
                                    Cary, N.C. 27518
                                    P: 919-854-1844
                                    egreen@coatsandbennett.com
                                    Counsel for Plaintiffs

                                    s/Raymond M. DiGuiseppe
                                    Raymond M. DiGuiseppe
                                    N.C. State Bar No. 41807
                                    The DiGuiseppe Law Firm, P.C.
                                    4320 Southport-Supply Rd., Suite 300
                                    Southport, N.C. 28461
                                    P: 910-713-8804
                                    Law.rmd@gmail.com
                                    Counsel for Plaintiffs

                                    s/Adam Kraut
                                    Adam Kraut
                                    PA State Bar No. 318482
                                    Firearms Policy Coalition
                                    1215 K St., 17th Floor
                                    Sacramento, CA 95814
                                    P: 916-476-2342
                                    Akraut@fcplaw.org
                                    Counsel for Plaintiffs

                                    s/J. Nicholas Ellis
                                    J. Nicholas Ellis
                                    N.C. State Bar No. 13484
                                    Poyner Spruill, LLP
                                    Post Office Box 1801
                                    Raleigh, N.C. 27602
                                    P. 919-783-2907
                                    Counsel for Defendant Sheriff Gerald Baker

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

| Edward H. Green, III<br>Coats & Bennett, PLLC<br>1400 Crescent Green, Suite 300<br>Cary, NC  27518<br>Egreen@coatsandbennett.com | Raymond M. DiGuiseppe<br>The DiGuiseppe Law Firm, P.C.<br>4320 Southport Supply Road, Suite 300<br>Southport, NC  28461<br>law.rmd@gmail.com |
|---|---|
| Adam Kraut<br>Firearms Policy Coalition<br>1215 K Street, 17th Floor<br>Sacramento, CA  95814<br>akraut@fpclaw.org | |

This the 14th day of June, 2021.

**POYNER SPRUILL LLP**

By: /s/ J. Nicholas Ellis
J. Nicholas Ellis
N.C. State Bar No.:  13484
301 Fayetteville St., Suite 1900
Raleigh, N.C.  27601
Telephone:  919-782-2907
Fax: 919-783-1075
Email: jnellis@poynerspruill.com
*Attorneys for Sheriff Baker*